**Order entered January 13, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00878-CR

**MARIO LOPEZ JUCUP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-55339-R**

## ORDER

The Court **REINSTATES** the appeal.

On November 6, 2013, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. We have received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the November 6, 2013 order requiring findings.

We **ORDER** the Dallas County District Clerk to file the clerk's record in this appeal within **FIFTEEN DAYS** of the date of this order.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Stoltz, Presiding Judge, 265th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     LANA MYERS  
           JUSTICE